UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **CV 19-2743 MWF (JCx)**　　　　　　　　　　　Date: May 30, 2019

Title  **Peter Strojnik v. Pacifica Hotel Company, Inc.**

---

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS (IN CHAMBERS):**　　**ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT**

In light of the Default By Clerk [11] entered on May 29, 2019, the Court sets a hearing for Order To Show Cause Re Default Judgment for July 1, 2019 at 11:30 a.m. If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

Any Motion for default judgment must comply with the Court's Procedures and Schedules. See http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

　　IT IS SO ORDERED.　　　　　　　　　　　　　　Initials of Preparer: RS/sjm