JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PETER STROJNIK (Sr.),<br><br>Plaintiff,<br><br>vs.<br><br>PACIFICA HOTEL COMPANY, INC. dba THE BELAMAR HOTEL,<br><br>Defendant. | CASE NO. 2:19-CV-02743-MWF-JC<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>The Hon. Michael W. Fitzgerald<br><br>Trial Date: July 21, 2020<br>Action Filed: April 10, 2019 |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is dismissed with prejudice, each party to bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: January 31, 2020

_____
Hon. Michael W. Fitzgerald

LEWIS BRISBOIS